# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANGELA VANALLEN

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
| | ) |
| BLUE HAZE ENTERTAINMENT LIMITED, | ) |
| FOXTON LEWYN, and ANDREW STRAIN | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

Civil Action No. 3:20-cv-00011-MOC-DCK

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BLUE HAZE ENTERTAINMENT LIMITED
c/o President Foxton T. Lewyn
2719 Westport Road
Charlotte, NC 28208

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Jason S. Chestnut
Gibbons Leis, PLLC
14045 Ballantyne Corporate Pl. #325
Charlotte, NC 28277

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



_Frank G. John_

Frank G. Johns, Clerk
United States District Court

Date     **9/21/2020**

**Civil Action No.** 3:20-cv-00011-MOC-DCK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏      **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏      **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❏      **I served the summons on** *(name of individual)* _____**,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____**; or**

❏      **I returned the summons unexecuted because** _____**; or**

❏      **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                       **Server's signature**

                                          _____
                                                        **Printed name and title**

                                          _____
                                                        **Server's address**

**Additional information regarding attempted service, etc:**